

Christopher A Gulla, Esquire
Direct:  856-444-5503
Main:   267-367-5503
Fax:    215-799-9349

cgulla@murphysanchez.com
www.murphysanchez.com

**East Gate Center**
**309 Fellowship Road, Suite 200**
**Mount Laurel, NJ 08054**

File No. 9035.0003

October 26, 2023

**VIA E-MAIL & ECF**
The Honorable Douglas Arpert
United States Magistrate Judge
United States District Court – District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, NJ 08608
dea_orders@njd.uscourts.gov

**RE: Davis v. Six Flags Great Adventure, LLC, et al**
**Civil Action No.: 3:21-cv-14650**

Dear Judge Arpert:

  Please accept this submission as a Petition to immediately place Plaintiff's October 18, 2023 "Application/Petition" seeking a Protective Order (Dkt. 70) under seal. This Petition is being filed pursuant to the directions received from Your Honor during our October 26, 2023 in-person Conference. As Your Honor is aware, Plaintiff's counsel has already relayed to the Court on the record that Plaintiff has no objection to my request to place that document under seal.

  During our October 26th in-person Conference, Your Honor entered a decision denying Plaintiff's "Application/Petition" (Dkt. 70) and confirming the decision to permit me two (2) additional hours to depose the Plaintiff. While doing so, Your Honor expressed that the August 25, 2023 Deposition Transcript referenced within Plaintiff's "Application/Petition" was reviewed by the Court and that the Court did not find my questioning to be inappropriate or improper in any way. As such, the contents of and arguments set forth within Plaintiff's "Application/Petition" have been rejected by the Court.

  As I represented during the October 26th Conference, the substance of Plaintiff's "Application/Petition" is extremely detrimental to my character as both a legal practitioner and human being. Certain language and accusations used within the filing, which have always been vehemently denied by me and have since been rejected by the Court, put my reputation and livelihood at risk. Considering the "Application/Petition" is currently a public document, and considering my having already directed Your Honor's attention to unflattering recent media

articles that have been published for public consumption against my name based on the contents of that filing, it is absolutely imperative to me that the filing be placed under seal <u>immediately</u>.

       Thank you for your attention to this submission and please let me know if any further filings are needed in support of this Petition.

       Respectfully,

       */s/ Christopher A. Gulla*

       CHRISTOPHER A. GULLA

CAG/ca

cc:    Aliana Gregorio, Esquire
        Ryan Erdreich, Esquire